**Order filed, February 05, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00991-CV

_____

**GULF COAST ASPHALT COMPANY, L.L.C. AND TRIFINERY, INC.,**
**Appellant**

**V.**

**RUSSELL T. LLOYD, JOHN M. O'QUINN & ASSOCIATES, L.L.P., AND**
**JOHN M.O'QUINN & ASSOCIATES, P.L.L.C., Appellee**

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-61780**

## ORDER

The reporter's record in this case was due **January 03, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Michelle Tucker**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM